# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nehemiah Kong**, | Case 8:18-CV-01943-AG-KES |
| Plaintiff, | **Judgment** Re: Default Judgment |
| v. | |
| **Jose L. Pulido**; **Celia S. Pulido**; and Does 1-10, | |
| Defendants. | |

| | |
|---|---|
| 1 | Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Nehemiah Kong shall have JUDGMENT in his favor in the amount of $8,807.50 against defendants Jose L. Pulido and Celia S. Pulido. |

Additionally, defendants Jose L. Pulido and Celia S. Pulido, are ordered to provide compliant accessible parking spaces, accessible path of travel at the entrance and accessible transaction counter at the property located at 2601 W. Lincoln Avenue, Anaheim, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: March 18, 2019

By: _____
United States District Judge